
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| ROGER L WILLIAMS JR<br>DALILA JEAN WILLIAMS | |
| Debtor(s). | Bk. No.: 17-40912 |
| RUSSELL C. SIMON,<br>CHAPTER 13 TRUSTEE, | |
| Objector. | |
| CAVALRY SPV I LLC<br>COURT CLAIM #40 -1<br>     Respondent. | |

## TRUSTEE'S OBJECTION TO CLAIM NO. 40-1
## FILED BY CAVALRY SPV I LLC

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and objects to the claim of the above named creditor filed in this proceeding. The Trustee OBJECTS for the following reasons:

1. On or about February 26, 2018, Cavalry SPV I LLC ("Creditor"), filed Claim No. 40-1 for total amount of $2,854.73, asserting a security interest in a 2006 Yamaha R6.

2. Pursuant to documentation attached to the proof of claim, the Trustee cannot determine that Calvary SPV I, LLC is the proper holder of the claim. Further, the Trustee cannot determine that Calvary SPV I, LLC has a properly perfected (and/or assigned) security interest.

3. Based upon the foregoing, the Trustee prays that Claim No. 40 is disallowed as filed, with leave for the Creditor to file a new or amended claim.

WHEREFORE, PREMISES CONSIDERED, Russell C. Simon, Chapter 13 Trustee, prays that Claim No. 40 is disallowed as filed, with leave for the creditor to file a new or amended claim and for all other relief this Court deems just and equitable.

Respectfully Submitted,

/s/ Russell C. Simon
Russell C. Simon, Chapter 13 Trustee
24 Bronze Pointe,
Swansea, Illinois 62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified on this day, Friday, March 2, 2018 with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL:

/s/Amy.

Roger L Williams Jr
Dalila Jean Williams
25706 Oak Rd
Tamms, IL 62988

PATRICK MCCANN
105 E WALNUT ST
MURPHYSBORO, IL 62966

CAVALRY SPV I LLC
C/O BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON, AZ 85712


BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON, AZ 85712