<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing **Certificate for Order on Objection to Amended Plan** was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Monday, March 5, 2018.

<u>/s/  Jeffrey</u>

Roger L Williams Jr
Dalila Jean Williams
25706 Oak Rd
Tamms, IL  62988

PATRICK MCCANN
105 E WALNUT ST
MURPHYSBORO, IL 62966

Case # 17-40912